UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JOHNNY GODFREY, JR.** | **CASE NO. 6:24-CV-01342** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **VASHANSKI VALDEZ NELSON, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

### JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of the document entitled "Leave for permission" (which the Court construes, in part, as an objection to the report and recommendation), this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's claims are DISMISSED WITH PREJUDICE.

Signed at Lafayette, Louisiana, this 29th day of October, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE